**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

THAI ANH PHAM,

Petitioner,

v.

WARDEN OF ADELANTO ICE PROCESSING CENTER,

Respondent.

Case No. 5:26-cv-03122-JWH-DFM

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The findings, conclusions, and recommendations of the Magistrate Judge **ACCEPTED** and **ADOPTED**.

2. The Petition is **GRANTED in part**, to the limited extent that, no later than August 6, 2026, Respondent shall provide to Petitioner Thai Anh Pham the informal interview required by 8 C.F.R. § 241.13(i)(3), at which Pham may respond to the reasons for revocation and submit evidence.

3. Pham's request for immediate release is **DENIED without prejudice**.

4. The remainder of the action is **DISMISSED without prejud.ce**.

**IT IS SO ORDERED.**

Dated: July 22, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE