JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

THAI ANH PHAM,

Petitioner,

v.

WARDEN OF ADELANTO ICE PROCESSING CENTER,

Respondent.

Case No. 5:26-cv-03122-JWH-DFM

**JUDGMENT**

Pursuant to the "Order Accepting Report and Recommendation of United States Magistrate Judge" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Petition for Writ of Habeas Corpus is **GRANTED in part** to the limited extent that, no later than August 6, 2026, Respondent shall provide to Petitioner Thai Anh Pham the informal interview required by 8 C.F.R. § 241.13(i)(3), at which Pham may respond to the reasons for revocation and submit evidence.

2. Pham's request for immediate release is **DENIED without prejudice**.

3. The remainder of the action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated: July 22, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE